ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Scrimgeour's Farm All, LLC | ) ASBCA No. 63635 |
| | ) |
| Under Contract No. W912HN-21-C-5000 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Harold Scrimgeour
                                                              President

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                  Engineer Chief Trial Attorney
                                                              Allie E. Vandivier, Esq.
                                                              Orion D. Ray, Esq.
                                                                  Engineer Trial Attorneys
                                                                  U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 5, 2023

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63635, Appeal of Scrimgeour's Farm All, LLC, rendered in conformance with the Board's Charter.

Dated:  September 5, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals